1  **STIP**
   STEVEN W. MYHRE
2  Acting United States Attorney
   LISA C. CARTIER GIROUX
3  Assistant United States Attorney
   Nevada Bar Number 14040
4  501 Las Vegas Boulevard South
   Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-6418
6
7  Lisa.Cartier-Giroux@usdoj.gov

8  Attorney for the United States

9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12
   UNITED STATES OF AMERICA,          )      2:17-mj-00107-VCF
13                                     )
             Plaintiff,                )      **STIPULATION TO CONTINUE**
14                                     )      **PRELIMINARY HEARING**
   DEANDRE NAKITA BROWN,              )
15 AQUAIL JAMAR HARRIS,               )
   SAFIYYAH CHRISTOPER, and           )
16 KENDAREEN HUDSON                   )
17                                     )
                                       )      **(Second Request)**
18                                     )
             Defendants.               )
19 _____     )
20

21      IT IS HEREBY STIPULATED and AGREED by and between the United States of

22 America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and

23 Defendant DEANDRE NAKITA BROWN, by and through his counsel MARK B. BAILUS,

24 ESQ, Defendant AQUAIL JAMAR HARRIS, by and through his counsel KATHLEEN BLISS,

25 ESQ, Defendant SAFIYYAH CHRISTOPER, by and through her counsel, YI LIN ZHENG,

26 ESQ, and Defendant KENDAREEN HUDSON, by and through her counsel RUSSELL

27 MARSH, ESQ, that the preliminary hearing currently set for April 6, 2017 at 4:00 p.m., be

28

                                    -1-

-2-

1   vacated and set to a date and time convenient to this court, but no event earlier than forty-five

2   (45) days.

3

4           This Stipulation is entered into for the following reasons:

5           1.    The parties wish to have sufficient time to negotiate a possible resolution to this

6   matter pre-indictment.

7           2.    Discovery was recently tendered to the defendants, and the defendants and defense

8   counsel will need adequate time to review what is provided.

9

10          3.    The defendants are incarcerated and do not object to the continuance.

11          4.    This is the first stipulation to continue filed herein.

12          Dated this 3rd day of April, 2017.

13

14   /s/  Lisa C. Cartier Giroux                      /s/ Mark B. Bailus
     LISA CARTIER GIROUX                              MARK B. BAILUS, ESQ.
15   *Assistant United States Attorney*               *Attorney for Deandre Nakita Brown*

16

17        /S/ Yi Lin Zheng                               /s/Kathleen Bliss
18   YI LIN ZHENG, ESQ.                               KATHLEEN BLISS, ESQ.
     *Attorney for Safiyyah Christopher*              *Attorney for Aquail Jamar Harris*
19

20    /s/ Russell Marsh
21   RUSSELL MARSH, ESQ.
     *Attorney for Kendareen Hudson*
22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00107-VCF |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| DEANDRE NAKITA BROWN, | ) | |
| AQUAIL JAMAR HARRIS, | ) | |
| SAFIYYAH CHRISTOPER, and | ) | |
| KENDAREEN HUDSON | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for April 6, 2017 at 4:00 p.m., be vacated and continued to ___May 24, 2017_____ at the hour of ___4:00 PM_____.

Dated this ___3rd___ day of ___April_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

-3-