

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336



1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  NADIA AHMED
   ALEXANDRA MICHAEL
4  Assistant United States Attorneys
   District of Nevada
5  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336 / Fax: (702) 388-5087
   Nadia.Ahmed@usdoj.gov
7  Alexandra.M.Michael@usdoj.gov

8  *Representing the United States of America*

9            UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
10
   UNITED STATES OF AMERICA,
11
                           Case No. 2:17-cr-00138-JCM-VCF
12         Plaintiff,
                           **GOVERNMENT'S MOTION TO**
        v.                   **UNSEAL CASE**
13
   KENDAREEN HUDSON,
14
           Defendant.
15

16 **CERTIFICATION: This Motion is timely filed.**

17      COMES NOW the United States of America, by and through its attorney,

18 NICHOLAS A. TRUTANICH, United States Attorney, and Nadia Ahmed and Alexandra

19 Michael, Assistant United States Attorneys, and respectfully moves this Court for an Order

20 to UNSEAL the above titled case.

21

22

23

24

1  **DATED** this 21st day of June, 2019.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

_____
NADIA AHMED
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENDAREEN HUDSON,<br><br>Defendant. | Case No. 2:17-cr-00138-JCM-VCF<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the case Shall be unsealed.

DATED this 25th day of June, 2019.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

3