RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorney for Defendant Hudson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KENDAREEN HUDSON, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:17-CR-00138-JCM-VCF |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(Eleventh Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas Trutanich, United States Attorney, through Nadia Ahmed, Assistant United States Attorneys; and Defendant Kendareen Hudson ("Ms. Hudson"), by and through her counsel, Russell E. Marsh, Esquire, Wright Marsh & Levy, that the sentencing hearing currently scheduled for September 4, 2019 at 10:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant has been released from pretrial detention, and does not object to the continuance.

///

///

2.     Counsel needs to meet with Ms. Hudson and gather information and documents in preparation for sentencing.  The PSR in this matter may also need updating.

3.     The parties need additional time to prepare for Defendant Hudson's sentencing hearing.  Defense counsel also requires time to prepare the sentencing memorandum.

4.     The parties agree to the continuance.

5.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.     The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7.     This is the eleventh request for a continuance of the sentencing hearing.  Most of the delay in the sentencing has been to allow Ms. Hudson to testify in a related case.  The parties expect that this will be the last request to continue the sentencing in this matter.

Dated this 23rd day of August, 2019.

Respectfully submitted:

| | |
|---|---|
| WRIGHT MARSH & LEVY | NICHOLAS TRUTANICH<br>UNITED STATES ATTORNEY |
| BY  /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>Attorney for Defendant Hudson | BY  /s/ Nadia Ahmed<br>NADIA AHMED<br>Assistant U.S. Attorneys |

|   |   |   |
|---|---|---|
| 1 | | **UNITED STATES DISTRICT COURT** |
| 2 | | **DISTRICT OF NEVADA** |

UNITED STATES OF AMERICA, )
    Plaintiff, )
                          )     CASE NO. 2:17-CR-00138-JCM-VCF
    vs. )
                          )     **ORDER**
KENDAREEN HUDSON, )
    Defendant. )

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for September 4, 2019, at 10:30 a.m., be vacated and continued to November 6, 2019 at 10:30 a.m.

DATED: August 27, 2019.

_____
JAMES C. MAHAN
United States District Judge